# Court of Appeals
# of the State of Georgia

ATLANTA, September 21, 2022

*The Court of Appeals hereby passes the following order*

**A23I0035. 180 PEACHTREE RETAIL, LLC v. DEBERRY & ASSOCIATES, INC. f/k/a DEBERRY & ASSOCIATES, LLC d/b/a JOHN 'RIC SALON et al. .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

18DD000078



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, September 21, 2022.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*